**No. 44015.**—Protests 803898–G/10544, etc., of M. M. DuPouey et al. (New Orleans).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 25, 1940

**No. 44016.**—Protest 840505–G of Butler Brothers (Portland, Oreg.).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 44017.**—Protests 835428–G, etc., of Butler Brothers (Boston).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 44018.**—Protest 803666–G of A. L. Tuska Son & Co. (Boston).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120 C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 44019.**—Protest 800314–G of Kresge Dept. Store (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 44020.**—Protest 26959–K of Schranz & Bieber Co. (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise consists of Nigga Chasers similar to those the subject of Abstract 42091.   They were there-fore held dutiable as fireworks at 12 cents per pound under paragraph 1515 as claimed.

**No. 44021.**—Protest 992977–G of Alfred Hahnenstein (Boston).

Opinion by KEEFE, J.   On the record presented the protest was overruled.